UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHYRONN MCCULLOUGH,**

   Plaintiff,

vs.

**LOWE'S HOME CENTERS, LLC,**
**d/b/a LOWE'S** and **ROBBIE LANCIONI,**
jointly and severally,

   Defendants.

Case No. 20-cv-12101

Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Jennifer J. Stocker (P60625) |
| SCHULZ LAW PLC | BARNES & THORNBURG LLP |
| PO Box 44855 | 171 Monroe Ave., NW, Suite 1000 |
| Detroit, MI 48244 | Grand Rapids, MI 49503 |
| (313) 246-3590 | (616) 742-3932 |
| jackwschulz@gmail.com | jstocker@btlaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

  This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

  IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice and without costs as to any party. This is a final order of the Court that resolves the pending claims and closes the file.

IT IS HEREBY ORDERED.

Date: June 23, 2021

s/Judith E. Levy
_____
HONORABLE JUDITH E. LEVY
U.S. District Court Judge

Approved as to form and content:

Dated:    6/22/21                    Dated:    6/22/21

   /s/ Jack W. Schulz           .     /s/ Jennifer L. Stocker (*w/ permission*)
Jack W. Schulz (P78078)              Jennifer J. Stocker (P60625)
SCHULZ LAW PLC                       BARNES & THORNBURG LLP
PO Box 44855                         171 Monroe Ave., NW, Suite 1000
Detroit, MI 48244                    Grand Rapids, MI 49503
(313) 246-3590                       (616) 742-3932
*Attorneys for Plaintiff*            jstocker@btlaw.com
                                     *Attorney for Defendants*